UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 12-553 (WJM) |
| v. | : | Hon. William J. Martini |
| EDWARD M. DE SEAR | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Shirley U. Emehelu and Leslie Schwartz, Assistant U.S. Attorneys, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and the Indictment having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 28th day of August, 2012,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE